1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10   ANNA AVALOS, O/B/O MANUEL AVALOS  )   Case No. ED CV 14-484-PJW
     (DECEASED)                        )
11                                     )
                     Plaintiff,        )   J U D G M E N T
12                                     )
               v.                      )
13                                     )
     CAROLYN W. COLVIN,                )
14   ACTING COMMISSIONER OF THE        )
     SOCIAL SECURITY ADMINISTRATION,   )
15                                     )
                     Defendant.        )
16                                     )
                                       )
17   _____)

18        In accordance with the Memorandum Opinion and Order filed

19   herewith,

20        IT IS HEREBY ADJUDGED that the decision of the Commissioner of

21   the Social Security Administration is reversed and the case is

22   remanded for further proceedings consistent with the Memorandum

23   Opinion and Order.

24        DATED: February 25, 2015

25

26                                     _____

27                                     PATRICK J. WALSH
                                       UNITED STATES MAGISTRATE JUDGE

28   S:\PJW\Cases-Social Security\AVALOS, 484\Judgment.wpd