LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ANNA AVALOS O.B.O MANUEL AVALOS (Deceased)<br><br>   Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner Of Social Security,<br><br>   Defendant. | No. EDCV 14 - 00484 PJW<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND SIX HUNDRED NINETY NINE DOLLARS AND 86/100 ($2,699.86) subject to the terms of the stipulation.

DATE: 4/13/15

HON. PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE